UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE MATTHEW HASBROOK,<br><br>Plaintiff,<br><br>v.<br><br>DR. AUDREE ADREANA, et al.,<br><br>Defendants. | No. 2:25-cv-1131 CSK P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

By an order filed April 28, 2025, plaintiff was ordered to file an application to proceed in forma pauperis and a certified copy of his inmate trust account statement, or pay the Court's filing fee, and was cautioned that failure to do so would result in a recommendation that this action be dismissed. More than thirty days have passed, and plaintiff has not responded to the Court's order and has not filed the required documents or paid the Court's filing fee.[1]

On May 12, 2025, the order was returned as undeliverable by the U.S. Postal Service. On May 16, 2025, the order was re-served on plaintiff. On May 27, 2025, the order was returned by the U.S. Postal Service. Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court

---

[1] On May 13, 2025, plaintiff's complaint was filed on the docket. (ECF No. 17.) However, his complaint was signed on April 25, 2025, before the Court issued the April 28, 2025 order, and was not accompanied by a complete application to proceed in forma pauperis or payment of the Court's filing fee.

1

apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  June 23, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/hasb1131.fifp

2