UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE MATTHEW HASBROOK,<br><br>Plaintiff,<br><br>v.<br><br>DR. AUDREE ADREANA, et al.,<br><br>Defendants. | No.  2:25-cv-1131-TLN-CSK (P)<br><br><br><br>**ORDER** |

Plaintiff Wayne Matthew Hasbrook ("Plaintiff"), proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 23, 2025, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff was re-served with the findings and recommendations to his most current address on August 19, 2025.  On September 08, 2025, Plaintiff was again re-served to his most current address with the findings and recommendations and was granted a 30-day extension of time to file objections.  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be

1

supported by the record and by the magistrate judge's analysis.[1]  Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations (ECF No. 19) are adopted in full;

    2.  This action is dismissed without prejudice; and

    3. The Clerk of Court is directed to close this case.

    IT IS SO ORDERED.

DATE: November 21, 2025

                                              TROY L. NUNLEY
                                              CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Additionally, the Court notes that Plaintiff's Complaint (ECF No. 17) does not state any claims, facts, nor demands for relief, as required under Fed. R. Civ. P. 8(a).